IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 23-cr-79-CFC |
| MARTIN GREEN, | |
| Defendant. | |

## ORDER

At Wilmington on this Twenty-eighth day of April in 2025, for the reasons set forth in the Memorandum issued on this day, it is HEREBY ORDERED that Defendant Martin Green's Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2) (D.I. 34) is DENIED.

  _____
  CHIEF JUDGE